AO 450 (Rev. 7/99) Judgment in a Civil Case

**CLOSED**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| WILLIE SMITH, Personal Representative of the Estate of Kelly Snider Smith,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BOTSFORD GENERAL HOSPITAL,<br><br>　　　　　Defendant.<br>_____/ | JUDGMENT IN A CIVIL CASE <br><br>Case Number: 00-71459<br><br>Honorable Avern Cohn<br><br>FILED<br>MAY 0 1 2003<br>CLERK'S OFFICE<br>U. S. DISTRICT COURT<br>EASTERN MICHIGAN |

■ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that judgment be and hereby is entered in favor of the plaintiff and against the defendant in the amount of five million thirty five thousand dollars ($5,035,000.00)

Pursuant to Rule (77d), FRCivP
Copies have been mailed to:

Marc Lipton, Geoffrey Fieger and
Linda Galbraith

Date　MAY 0 1 2003

David Weaver, Clerk of Court

JUDY CASSADY Deputy Clerk